**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 21, 2010**

Mr. Thomas Franklin Donaldson , Jr.
Donaldson & Donaldson, PLC
Post Office Box 949
Marion, AR 72364

Ms. Michelle Marie Kaemmerling &
Mr. William Stuart Jackson
Wright, Lindsey & Jennings - Little Rock
200 West Capitol Avenue
Suite 2300
Little Rock, AR 72201-3699

   Letter Order Re: *Pegues* et al. *V. Southland Racing Corporation*, 3:09CV00144-WRW.

Dear Counsel:

After reviewing your respective briefs -- which, as a matter of fact, are quite good (which I muchly appreciate) -- I believe that the information sought by Plaintiff's counsel should be protected by the attorney-client privilege, so Plaintiff's Oral Motion is denied.

I immodestly rely in good part on *Nuckles v. Wal-Mart*, 2007 WL 1546092, at 2* (E.D. Ark. May 25, 2007), as well as *Upjohn Co. V. United States*, 449 U.S. 383 (1981) -- although I have carefully considered all the citations submitted by both sides.

               Cordially,

               /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record